**Order entered August 2, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00838-CV

### IN RE GAIL NEWTON AND DENNIS NEWTON, Relators

**Original Proceeding from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01623-2019**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/  CORY L. CARLYLE
    JUSTICE